ACCEPTED
04-12-00442-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/26/2015 2:12:45 PM
KEITH HOTTLE
CLERK

# Dykema Cox Smith

Dykema Cox Smith
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

WWW.DYKEMA.COM

Tel:  210.554.5500
Fax:  210.226.8395

**Ellen B. Mitchell**
Direct Dial: 210.554.5593
Email: EMitchell@dykema.com

May 26, 2015

**Via Certified Mail/RRR**

Mr. Alex Katzman
Katzman & Katzman
10001 Reunion Place, Suite 600
San Antonio, Texas 78216

Re:  *Debra Nicholas v. San Antonio Water System;* Texas Supreme Court No. 13-0966; Court of Appeals No. 04-12-00442-CV; Trial Court No. 2010-CI-07444

Dear Alex:

On April 24, 2015, the Texas Supreme Court rendered judgment dismissing with prejudice the above-referenced lawsuit against the San Antonio Water System. The Court ordered that Ms. Nicholas pay SAWS the costs it incurred in the Fourth Court of Appeals and the Texas Supreme Court. An itemization of SAWS' appellate costs, which total $10,308.02, is enclosed.

Because SAWS has prevailed, it is also entitled to recover the costs it incurred in the trial court. See TEX. R. CIV. P. 131, 139. An itemization of SAWS' trial court costs, which total $7,442.79, is also enclosed.

Accordingly, I request that you send me a check, payable to the San Antonio Water System, in the total sum of $17,750.81. I would appreciate receiving the check on or before June 30, 2015, so that we can conclude this matter without the need for formal execution or levy. Thank you for your cooperation and please do not hesitate to contact me should you have questions.

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

Sincerely,

*Ellen B. Mitchell*

Ellen B. Mitchell

EBM:kwe/25667.128
Enclosure

cc: Mr. Blake Hawthorne, Clerk of the Supreme Court of Texas (w/enclosures)
Mr. Keith Hottle, Clerk of the Fourth Court of Appeals (w/enclosures)
Hon. Antonia Arteaga, Judge of the 57th Judicial District Court (w/enclosures)
Mr. William Crow (without enclosures)
Ms. Donna McElroy (without enclosures)

6074795.1

# Debra Nicholas Court Costs for the 4th Court of Appeals and Supreme Court of Texas

| Date | Vendor | Expenses | Description |
|---|---|---|---|
| 24-Jul-12 | 4th Court of Appeals | $175.00 | Filing Fee |
| 26-Jul-12 | Deposit for Reporter's Record (M. Martinez) | $5,000.00 | Court Reporter |
| 10-Aug-12 | Deposit for Reporter's Record (J. Stewart) | $650.00 | Court Reporter |
| 31-Jul-12 | Deposit for Reporter's Record (P. Beaver) | $708.75 | Court Reporter |
| 7-Sep-12 | Balance for Reporter's Record (J. Stewart) | $673.00 | Court Reporter |
| 14-Sep-12 | Clerk's Record - Bexar County District Clerk | $149.00 | Records |
| 1-Oct-12 | Balance for Reporter's Record (M. Martinez) | $2,493.49 | Court Reporter |
| 10-Dec-13 | File Xpress (4th Court of Appeals) | $65.44 | Filing Fee |
| 1-Apr-13 | File Xpress (4th Court of Appeals) | $27.61 | Court Service |
| 21-May-13 | File Xpress (4th Court of Appeals) | $27.61 | Court Service |
| 29-Jul-13 | File Xpress (4th Court of Appeals) | $27.61 | Court Service |
| 29-Jan-14 | 4th Court of Appeals - Oral Argument CD | $5.00 | Fee |
| 15-Jan-14 | File Xpress (Supreme Court of TX - Notice of Appearance) | $23.28 | Filing Fee |
| 26-Mar-14 | File Xpress (Supreme Court of TX - 2nd Motion for Extension File Petition for Review) | $10.29 | Filing Fee |
| 26-Mar-14 | File Xpress (Supreme Court of TX - Petition for Review) | $149.19 | Filing Fee |
| 25-Jul-14 | 4th Court of Appeals - Files to Supreme Court of TX | $25.00 | Filing Fee |
| 31-Jul-14 | Supreme Court of TX - Motion for Extension of Time File Brief on the Merits | $10.29 | Filing Fee |
| 31-Aug-14 | Supreme Court of TX - Motion for Extension of Time to File Brief on the Merits | $10.29 | Filing Fee |
| 9-Feb-15 | Supreme Courto of TX - Oral Argument Submission Form | $77.17 | Filing Fee |
| TOTALS | | $10,308.02 | |

# Debra Nicholas Court Costs - Trial

| Date | Vendor | Expenses | Description |
|---|---|---|---|
| 23-Sep-10 | Fredericks Reporting - Statement of Counsel | $49.31 | Court Reporter |
| 26-Sep-10 | Alamo City Reporting - Debra Nicholas Non-Appearance | $175.00 | Court Reporter |
| 12-Apr-11 | Howard Moore - Depo Greg Flores | $333.63 | Court Reporter |
| 14-Apr-11 | Point Studios - Video Depo Debra Nicholas | $937.50 | Court Reporter |
| 16-Apr-11 | Alamo City Reporting - Depo Debra Nicholas | $2,434.60 | Court Reporter |
| 28-Apr-11 | File Xpress - Bexar County District Clerk | $25.56 | Filing Fee |
| 1-Jun-11 | Fredericks Reporting - Depo David Chardavoyne | $373.22 | Court Reporter |
| 28-Jun-11 | Kim Tindall - Depo Sharon Snoga & Lisa Spielhagen | $316.26 | Court Reporter |
| 26-Jul-11 | Kim Tindall - Depo Robert Puente | $210.94 | Court Reporter |
| 11-Aug-11 | Kim Tindall - Depo Frank Stenger-Castro | $184.44 | Court Reporter |
| 19-Aug-11 | Kim Tindall - Depo Jerry Bailey | $268.58 | Court Reporter |
| 7-Feb-12 | Dynamic Legal - Video David Chardavoyne | $788.75 | Court Reporter |
| 18-Apr-12 | Mary Martinez - Transcript David Chardavoyne | $1,305.00 | Court Reporter |
| 29-May-12 | Bexar County District Clerk | $40.00 | Filing Fee |
| TOTALS | | $7,442.79 | |